## AFFIDAVIT OF SARAH E. BELINSKEY

I, Sarah E. Belinskey, nee Sarah E. Lipfird, being duly sworn on oath, state as follows:

1. I am over twenty-one (21) years of age and competent to make this affidavit.

2. On April 29, 2013, I was present at Camp Bastion, Afghanistan and observed certain events related to the loading of cargo on a National Airlines 747 airplane, registration N949CA.

3. On May 12, 2013, I wrote an email concerning my observations to which I attached four photographs and then sent the same to Captain Kmiis D. Snyder. A true and accurate copy of that email with photographs is attached hereto as Exhibit A.

4. The statements contained in the email were true and accurate at the time they were made and remain true and accurate.

5. This affidavit is based upon my personal knowledge.

_____
Sarah E. Belinskey

Subscribed, sworn to and acknowledged before me by the said SARAH E. BELINSKEY, Affiant, this 3rd day of September, 2015.

I, the undersigned officer, do hereby certify that I am, on the date of this certificate, a person with the power described in Title 10 U.S.C. 1044a of the grade, branch of service, and organization stated below in the active service of the United States Armed Forces, or an authorized civilian attorney under Title 10 U.S.C. § 1044a, and that by statute no seal is required on this certificate, under authority granted to me by Title 10 § U.S.C. 1044a.

_____
CARMEL-ANN FELICIAN, GS-13
436 AW/JA

Lawrence David
_____

| | |
|---|---|
| From: | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ AEG/ATOC <▓▓▓▓▓▓▓▓▓▓▓▓> |
| Sent: | Sunday, May 12, 2013 3:35 AM |
| To: | Snyder Capt Kurtis D. RC(SW) USAF 651 AEG/ATOC |
| Subject: | response |
| Attachments: | Photos.pdf |

I was asked to use our MHE for the upload of palletized MRAPs, which are the 60Ks that load and unload Aircraft. I was told to load the cargo using the 60K. Loading the cargo consists of putting cargo on the loader, raising it to the door or ramp of an aircraft and rolling the cargo off the loader using different switches. At no point did I get on the aircraft nor did I assist with locking any of the pallets into place once they were on the Aircraft. I believe everything was done correctly that SSgt Mang and I were told to do



EXHIBIT A







