## AFFIDAVIT OF KURTIS D. SNYDER

I, Kurtis D. Snyder, being duly sworn on oath, state as follows:

1. I am over twenty-one (21) years of age and competent to make this affidavit.

2. On April 29, 2013, I was the commander of the aerial port at Camp Bastion, Afghanistan and had personal knowledge of certain facts related to the loading of cargo on a National Airlines 747 airplane, registration N949CA.

3. On May 11, 2013, I wrote an email concerning my knowledge of the aforesaid cargo loading to Captain David Lawrence of the U.S. National Transportation Safety Board but which I routed through U.S. Air Force Lieutenant Colonel James J. Howell as instructed. A true and accurate copy of that email I sent to Lieutenant Colonel Howell directed to Captain Lawrence is attached hereto Exhibit A.

4. The statements contained in the email were true and accurate at the time they were made and remain true and accurate.

5. This affidavit is based upon my personal knowledge.

_____
Kurtis D. Snyder

Sworn and subscribed before me this
31st day of August, 2015

_____
Notary Public
DINA M. NAMOCOT
My commission expires
26 April 2017

[Notary Seal: DINA M. NAMOCOT, NOTARY PUBLIC, COMM. NO. 09-135, STATE OF HAWAII]

Doc. Description: Affidavit
Doc. Date: 31 Aug 15   No. Pages: 3
Dina M. Namocot                    1st
Notary Printed Name     Jud. Circuit

Lawrence David

**From:** █████████
**Sent:** Saturday, May 11, 2013 10:02 AM
**To:** Lawrence David
**Cc:** LeBaron Timothy
**Subject:** FW: National Air Cargo B747-400 Accident - 4/29/2013 Bagram Afghanistan

Dave,
No surprises here, but fwd'g to you for the record.

Thx,
-wiz

Lt Col James Howell
455 AEW, Chief of Safety

-----Original Message-----
From: Snyder Capt Kurtis D. RC(SW) USAF 651 AEG/ATOC
[mailto:kurtis.snyder@afg.usmc.mil]
Sent: Saturday, May 11, 2013 5:45 PM
To: Howell, James J LtCol USAF AFCENT 455 AEW/SE

Captain Lawrence,

I am the commander of the aerial port here at Camp Bastion and I tasked A1C Sarah Lipfird and SSgt Garett Mang to provide 60K loader support to assist in the upload of MRAPs to the National Air Cargo(NAC) 747 using a USAF 60K loader.

We(the aerial port) were approached by a representative from NAC several weeks prior about the possibility of using one of our 60K loaders to lift some MRAPs to the aircraft door. This request was made to us because their equipment was not strong enough to lift the palletized MRAPs to the aircraft door. The rep that approached us with the request was Mr. Gayan Weeratunga. Since NAC was given the contract to move the vehicles, we were not involved in or responsible for the pallet buildup or tie down of the cargo inside the aircraft in any way at Camp Bastion. At the time of the request, we informed NAC that since our Air Force mission took priority, we would need to load their aircraft on a space available basis only, to which they agreed.

On the day of the cargo being loaded, I was not personally present to see the cargo or loading process. I was aware of the mission being completed but was not made aware of any issues during or in the short term after the load that would have raised any flags. The first time that I heard anything had gone wrong was the report that the aircraft had crashed at Bagram.

If I can be of any further assistance, I can best be reached at my work email address kurtis.snyder█████████

1

EXHIBIT
A

KURTIS D. SNYDER JR., Capt, USAF
651 AEG, ATOC Commander
Camp Bastion, Afghanistan